UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**THOMAS WETMORE, by and through his mother
and next best friend, JAMIE WETMORE and
JAMIE WETMORE and JOHN WETMORE, Individually**

       **V.**      **CIVIL ACTION NO. 03-12235-RGS**

**MEDICAL LIABILITY MUTUAL INSURANCE COMPANY**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                **FEBRUARY 5, 2004**

  IN ACCORDANCE WITH THIS COURT'S ORDER ON DEFENDANT'S MOTION TO DISMISS ENTERED ON JANUARY 14, 2004,

  IT IS HEREBY ORDERED:  THE ABOVE-CAPTIONED ACTION IS DISMISSED, <u>WITHOUT PREJUDICE.</u>

  SO ORDERED.

              **RICHARD G. STEARNS
              UNITED STATES DISTRICT JUDGE**

      **BY:**

         **/s/ Mary H. Johnson**
         _____
            **Deputy Clerk**