UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WETMORE by and through his mother and next best friend, JAMIE WETMORE and JAMIE WETMORE and JOHN WETMORE, Individually,<br>    Plaintiffs,<br><br>V.<br><br>MEDICAL LIABILITY MUTUAL INSURANCE COMPANY,<br>    Defendant. | DOCKET NO. 1:03-cv-12235-RGS |

## STIPULATION OF DISMISSAL

The undersigned, being all of the parties to this action, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be and hereby is dismissed as to the Defendant, Medical Liability Mutual Insurance Company, with prejudice and without costs.

Respectfully submitted,

| The Plaintiff,<br>Thomas Wetmore by and through his mother and Next best friend, Jamie Wetmore and Jamie Wetmore and John Wetmore, Individually,<br>By his attorney, | The Defendant,<br>Medical Liability Mutual Insurance Company,<br><br>By its attorneys, |
|---|---|
| /s/ Kenneth M. Levine<br>Kenneth M. Levine, Esquire<br>ANNEBERG & LEVINE<br>370 Washington Street<br>Brookline, MA 02446 | /s/ Edward T. Hinchey<br>Edward T. Hinchey, BBO #235090<br>Kelly A. Jumper, BBO #158872<br>SLOANE AND WALSH, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 523-6010 |

Dated: February ~~January~~ 17, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS WETMORE by and through his mother and next best friend, JAMIE WETMORE and JAMIE WETMORE and JOHN WETMORE, Individually,<br>    Plaintiffs<br><br>V.<br><br>MEDICAL LIABILITY MUTUAL INSURANCE COMPANY,<br>    Defendant | DOCKET NO. 1:03-cv-12235-RGS |

CERTIFICATE OF SERVICE

I, Edward T. Hinchey, Esq., attorney for the Defendant, Medical Liability Mutual Insurance Company, hereby certify that copies of the Stipulation of Dismissal were served by mailing, postage prepaid, to:

> Kenneth M. Levine, Esq.
> Anneberg & Levine
> 370 Washington Street
> Brookline, MA 02446
> *Attorney for the Plaintiffs*

Dated: February 17, 2004

Edward T. Hinchey, BBO #235090
Kelly A. Jumper, BBO #158872
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010